# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-mj-01262-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MICHAEL JOHN PANTERA,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Michael John Pantera before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Complaint in the above-captioned case, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated at Denver, Colorado, this 2nd day of January, 2008.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge